In the United States District Court
For the District of Columbia

| | |
|---|---|
| Richard J. Yurko<br>11402 Hounds Way<br>Rockville, MD 20852 | ) <br> ) |
| Plaintiff | ) |
| V. | ) |
| Medical Faculty Associates, Inc.<br>2150 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Serve:<br>  Corporation Service Company<br>  1090 Vermont Avenue, NW<br>  Washington DC  20005 | )<br><br>)<br><br><br>)<br><br>)     Case No._____ |
| and, | ) |
| Guinevere Que, NP<br>2150 Pennsylvania Avenue,NW<br>7th floor<br>Washington DC 20037 | )<br><br>)<br><br>) |
| Defendants | )<br><br>) |

Guinevere Que, NP
2150 Pennsylvania Avenue,NW
7th floor
Washington DC 20037

JOSEPH J. D'ERASMO
&
ASSOCIATES
103 North Adams Street
Rockville, Maryland 20850-2217
Telephone: 301-762-8865
Fax: 301-576-3745

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Richard Yurko, by and through his attorney, Joseph J. D'Erasmo , files this Complaint against the above identified defendants and states as grounds therefore as follows:

**Jurisdiction and Venue**

1. This is a malpractice lawsuit. The plaintiff, Richard Yurko, is a resident of the

state of Maryland in the city of Rockville, Maryland.

2. The defendant Medical faculty Associates, Inc., commonly known as George Washington Medical Faculty Associates, is a corporation organized under the laws of the District of Columbia, with its principal place of business in Washington DC. It provides medical services to patients throughout the District of Columbia and throughout the Washington Metropolitan area.

3. The defendant Guinevere Que, NP is a resident of the state of Virginia who is employed by the defendant Medical Faculty Associates, Inc. as a Nurse Practitioner and practices at their offices in the District of Columbia.

4. Diversity jurisdiction exists in this case pursuant to 28 US Code section 1332 because the plaintiff and the defendants are citizens and residents of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue is proper in the United States District Court for the District of Columbia because the cause of action arose in the District of Columbia.

6. Pursuant to the District of Columbia Medical Malpractice Act section 16-2802, on July 20, 2013, a Notice of Intention to File Suit, was delivered to each of the Defendants advising them of Plaintiff's intent to file suit.

7. At all times relevant to this action, the defendant Guinevere Que was acting individually and as an agent and employee of the Defendant Medical Faculty Associates Inc.

## Statement of the Claim

JOSEPH J. D'ERASMO
&
ASSOCIATES
103 North Adams Street
Rockville, Maryland 20850-2217
Telephone: 301-762-8865
Fax: 301-576-3745

8. The plaintiff, Richard Yurko, had suffered a series of medical problems and surgeries before becoming a patient of the Medical Faculty Associates Inc. His medical history included a damaged spinal cord, muscle spasms, dysesthesias (painful, burning, "pins and needles" sensations under the skin), Brown Sequard Syndrome, (a loss of motor function caused by previous damage to his spinal cord) and a marked "spasticity", an uncontrollable flailing about of his arms and legs. Because of his medical condition he was required to spend considerable periods of time on a daily basis in a wheelchair.

-2-

9. After efforts had been made to control the spasticity by means of a device similar to a pacemaker, which proved to be unsuccessful, Mr. Yurko's physicians prescribed the installation, in his abdomen, of an intrathecal baclofen pump. In brief, the baclofen pump entailed the placement in Mr. Yurko's abdomen of a pump and a reservoir that is filled with an anti–spasticity drug (baclofen), which is then delivered through a catheter, inside his body, from his abdomen to his spinal cord. The prescribed dose of baclofen to be administered in this manner to Mr. Yurko on February 17, 2011 was 825 micrograms over a 24-hour period. The pump containing the baclofen had to be refilled every 4 to 6 weeks and the pump had to be programmed to deliver the correct amount of medication.

10. The periodic reprogramming and administration of baclofen for Mr. Yurko took place at the offices of Medical Faculty Associates and the defendant Guinevere Que, NP was the medical provider assigned to carry out this procedure.

11. At all times during this process the defendant Guinevere Que, NP, acting individually, and as an agent and employee of the defendant Medical Faculty Associates Inc, had a duty to the plaintiff to reprogram and refill the baclofen pump in a competent manner, exercising the ordinary medical care and skill necessary to complete the procedure safely.

12. Mr. Yurko was at the offices of Medical Faculty Associates for a refill appointment with the defendant Guinevere Que, NP at 10:30 AM on February 17, 2011. During that appointment, as the medical records, including her own statement, describe, the defendant Ms. Que, in breach of the duty owed to the plaintiff, negligently programmed the baclofen pump to deliver the active drug at the rate of 825 micrograms per hour instead of the prescribed 825 micrograms per day.

13. Mr. Yurko was at Medical Faculty Associates' facility for a little over two hours and the medical records demonstrate that during that period he actually received 2000 micrograms of baclofen, an extreme overdose. Despite this circumstance Ms. Que discharged him to leave the facility.

14. After his discharge, the defendants discovered the administration of the overdose and actively sought Mr. Yurko's admission to the emergency room at George Washington University hospital. However, the defendants could not reach him right away because Mr. Yurko was returning to his home by taxi.

JOSEPH J. D'ERASMO
&
ASSOCIATES
103 North Adams Street
Rockville, Maryland 20850-2217
Telephone: 301-762-8865
Fax: 301-576-3745

-3-

When he returned to his home and ultimately during the trip back to the hospital, he was experiencing substantial chest pain, nausea and acute spasms of his arms and legs. In addition, he was slipping in and out of consciousness and he was afraid he was going to die.

15. His son, Andrew Yurko, immediately took him back to the hospital. By the time he arrived there the plaintiff's condition had worsened. He was severely agitated, writhing in bed, his arms and legs flailing in every direction and he was twisting and arching his neck and back in extreme pain and discomfort. To make matters worse, the physicians determined that Mr. Yurko had to be taken directly to the Neuro-Interventional Radiology Department to remove the excessive drug from his cerebrospinal fluid via a spinal tap.That was a hazardous and painful process because of Mr. Yurko's spasticity i.e. the continued rapid and random movements of his arms and legs. Medical staff had to put restraints on his left wrist, his right and left ankles and at his vest area. He was admitted to the George Washington University Hospital on an emergency basis on February 17, 2011, and required  substantial additional medical services there for four days.

16. Since that time Mr. Yurko has suffered from a continuous fear and anxiety with respect to the process involving the refilling of his baclofen pump which he is nevertheless required to do every four weeks. He has found it necessary to obtain psychiatric help for this condition, which continues.

17. As a result of the above events, Mr. Yurko has experienced other substantial temporary and permanent injuries and pecuniary losses, including but not limited to, current and future medical expenses, and loss of the quality of life that he enjoyed before the injuries he sustained as a result of the defendants' negligence.

Wherefore the plaintiff Richard Yurko demands judgment against the defendants Guinevere Que, NP and Medical Faculty Associates, Inc. individually and jointly, in the amount of $ 2,000,000 (two million dollars) plus interest and the cost of this action.

Respectfully submitted,

__/s/_____

Joseph J. D'Erasmo
(Bar No.MD02449)
103 North Adams Street
Rockville, Md 20850
301-762-8865

JOSEPH J. D'ERASMO
&
ASSOCIATES
103 North Adams Street
Rockville, Maryland  20850-2217
Telephone: 301-762-8865
Fax: 301-576-3745

-4-

## **DEMAND FOR JURY TRIAL**

The plaintiff, Richard Yurko, by and through his attorney, Joseph J. D'Erasmo hereby demands a jury trial in the above captioned case.

                                          __/s/_____
                                          Joseph J. D'Erasmo
                                          Attorney for the Plaintiff

JOSEPH J. D'ERASMO
&
ASSOCIATES
103 North Adams Street
Rockville, Maryland 20850-2217
Telephone: 301-762-8865
Fax: 301-576-3745