## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RICHARD J. YURKO,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No.:  1:14-cv-00117-RC/AK** |
| **v.** | : | **Judge Rudolph Contreras** |
| | : | |
| **MEDICAL FACULTY ASSOCIATES, INC.,** | : | |
|   **et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## JOINT STATUS REPORT

COME NOW Defendant Medical Faculty Associates, Inc. ("MFA") and Plaintiff Richard J. Yurko, by and through undersigned counsel, and hereby submit this Joint Status Report in compliance with the Court's Minute Order of January 5, 2015.

1. The parties agreed to settle this matter in December 2014.

2. Plaintiff executed a Confidential Settlement Agreement and Release on January 9, 2015.

3. Defendant's third party administrator has requested the settlement check, and is waiting for it to be issued.

4. Once the settlement check is in the possession of Plaintiff's counsel, the parties will file a Stipulation of Dismissal with the Court.

5. The parties expect to be able to file the Stipulation of Dismissal within 30 days of this Joint Status Report.

797704v.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Jodi V. Terranova*
Robert W. Goodson, Esq. (#935239)
Robert.Goodson@wilsonelser.com
Jodi V. Terranova, Esq. (#472225)
Jodi.Terranova@wilsonelser.com
Callyson T. Grove, Esq. (#1015612)
Callyson.Grove@wilsonelser.com
700 11th St, N.W., Suite 400
Washington, DC 20001
(202) 626-7660
(202) 628-3606 facsimile
*Counsel for Medical Faculty Associates,*
*Inc.*

JOSEPH J. D'ERASMO & ASSOCIATES

*/s/ Joseph J. D'Erasmo (w/ permission)*
Joseph J. D'Erasmo, Esq.
joseph_derasmo@yahoo.com
103 North Adams Street
Rockville, MD 20850
(301) 762-8865
(301) 576-3745 facsimile
*Counsel for Richard J. Yurko*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of January 2015, I served a copy of the

foregoing Joint Status Report via ECF on the following:

Joseph J. D'Erasmo, Esq.
JOSEPH J. D'ERASMO & ASSOCIATES
103 North Adams Street
Rockville, MD 20850
*Counsel for Plaintiff*

*/s/ Jodi V. Terranova*
Jodi V. Terranova, Esq.

797704v.1