**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RICHARD J. YURKO,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No.: 1:14-cv-00117-RC/AK |
| v. : | Judge Rudolph Contreras |
| : | |
| **MEDICAL FACULTY ASSOCIATES, INC.,** : | |
| et al. : | |
| : | |
| **Defendants.** : | |
| : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Richard Yurko, and Defendant Medical Faculty Associates, Inc., by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned action with prejudice.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,**  **JOSEPH J. D'ERASMO &**
**EDELMAN & DICKER LLP**  **ASSOCIATES**

*/s/ Jodi V. Terranova*
Robert W. Goodson, Esq. (#935239)   */s/ Joseph J. D'Erasmo (w/ permission)*
Robert.Goodson@wilsonelser.com   Joseph J. D'Erasmo, Esq.
Jodi V. Terranova, Esq. (#472225)   joseph_derasmo@yahoo.com
Jodi.Terranova@wilsonelser.com   103 North Adams Street
Callyson T. Grove, Esq. (#1015612)   Rockville, MD 20850
Callyson.Grove@wilsonelser.com   (301) 762-8865
700 11th St, N.W., Suite 400   (301) 576-3745 facsimile
Washington, DC 20001   *Counsel for Richard J. Yurko*
(202) 626-7660
(202) 628-3606 facsimile
*Counsel for Medical Faculty Associates, Inc.*

798656v.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January 2015, I served a copy of the foregoing Stipulation via CaseFileXpress on the following:

Joseph J. D'Erasmo, Esq.
JOSEPH J. D'ERASMO & ASSOCIATES
103 North Adams Street
Rockville, MD 20850
*Counsel for Plaintiff*

                                            */s/ Jodi V. Terranova*
                                            Jodi V. Terranova, Esq.

798656v.1